UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PARRISH H. NEWMAN (#302282

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 10-121-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 13, 2011 (doc. no. 48). The plaintiff filed an objection which merely reasserts the same legal arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 10th day of May, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE